747 A.2d 279

JANICE WOLFMAN, PETITIONER–APPELLANT, v.
TOPS APPLIANCE CITY, INC., RESPONDENT–
RESPONDENT.

February 10, 2000.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.

747 A.2d 280

IN THE MATTER OF COMMITTEE ON ATTORNEY
ADVERTISING DOCKET, NO. 47–98.

February 15, 2000.

This matter having been duly presented to the Court, it is ORDERED that the petition for review of a decision by the Committee on Attorney Advertising, filed by the Philadelphia Bar Association, is granted. The matter shall be set down for oral argument in due course.